MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RONALD GARNES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,     ) No. 2:20-cr-239-02 WBS
                  Plaintiff,      )
                                  )
                                  ) MOTION FOR THE COURT TO ORDER
      v.                          ) THE USPO TO AMEND THE P.S.R. TO
                                  ) REFLECT THE COURT'S SENTENCING
RONALD GARNES,                    ) RULINGS
                                  )
                  Defendant.      )
=================================)
```

During the February 14, 2022, sentencing hearing for Ronald Garnes, the Court made rulings about the sentencing guidelines that differed from the sentencing guidelines as recommended in the final pre-sentence report (ECF 55).   The defense requests that the Court order USPO Modica to amend the final PSR to reflect the Court's ruling.

The defense requests the following PSR (ECF 55) paragraphs to be amended:

(1) Pages 7-8, paragraph 22: The Court ordered that zero levels be added for USSG 2D1.1(b)(12), maintaining a place for the purpose of manufacturing or distributing a controlled substance.

(2) Page 8, paragraph 26: The Court ordered that two levels be subtracted for USSG 3B1.2), for a mitigated role in the offense.

(3) Page 8, paragraph 28: The Court ordered that adjusted offense level is 28.

(4) Page 8, paragraph 32: The Court ordered that total offense level is 25.

-1-

(5) Page 4, top of page: The Court ordered that applicable offense level is 25 (not 29) and the applicable guidelines range is 63 to 78 months (not 97 to 121).

(6) Page 20, top of page: The Court ordered that applicable offense level is 25 (not 29) and the applicable guidelines range is 63 to 78 months (not 97 to 121).

Dated: February 16, 2022     Respectfully submitted,

                            /s/ *Michael Long*
                            MICHAEL LONG
                            CJA Attorney for Mr. Garnes

IT IS ORDERED THAT THE PRE-SENTENCE REPORT BE SO AMENDED.

Dated: February 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-